# MCCARTHY WEISBERG CUMMINGS
### A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

| | | |
|---|---|---|
| JAMES J. MCCARTHY, JR.* | | OF COUNSEL |
| LARRY A. WEISBERG | **2041 HERR STREET** | SUELLEN M. WOLFE†* |
| DEREK W. CUMMINGS*ˆ | HARRISBURG, PENNSYLVANIA **17103-1624** | |
| | | PHONE: 717.238.5707 |
| † LL.M. (TAXATION) | | FAX:      717.233.8133 |
| *CERTIFIED PUBLIC ACCOUNTANT | | |
| ˆMEMBER ARIZONA BAR | | |

October 19, 2016

The Honorable Christopher C. Conner
Chief United States District Judge
United States District Court
Middle District of Pennsylvania
Ronald Reagan Federal Building &
U.S. Courthouse
228 Walnut Street
Harrisburg, Pennsylvania 17101

  **Re:** *Angelina Scully v. Wal-Mart Stores East, LP*
     **Civil Action No. 1:16-cv-1598-CCC**

Dear Judge Conner:

  I am writing to advise you that the parties in the above-referenced matter have reached an agreement in principle to resolve this matter, and that we are in the process of finalizing and executing settlement documents. Upon completion of the settlement, the parties intend to file a Stipulation of Dismissal with Prejudice.

  Should you have any questions, please contact me at (717) 238-5707.

           Respectfully yours,

           /s/ Derrek W. Cummings
           Derrek W. Cummings, Esquire
           *Counsel for Plaintiff*

cc: Anna M. Darpino, Esquire
   Patrick J. McDonnell, Esquire
   Karen L. Green, Esquire
   *Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on the date applied by the Court's ECF filing system, I electronically filed the foregoing with the Clerk of Court using CM/ECF.

                                        By: /s/ Derrek W. Cummings
                                                Derrek W. Cummings