# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANGELINA SCULLY, | ) |
| | ) CIVIL ACTION |
| Plaintiff, | ) |
| | ) NO. 1:16-cv-1598-CCC |
| v. | ) |
| | ) |
| WAL-MART STORES EAST, L.P., | ) ELECTRONICALLY FILED |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

The individual Plaintiffs, ANGELINA SCULLY and VANESSA ADAMS, and Defendant, WAL-MART STORES EAST, L.P., by their undersigned counsel, and pursuant to Rule 41(a)(1)(A) (ii) of the Federal Rules of Civil Procedure, hereby stipulate and agree that the above-captioned action is dismissed with prejudice, each party to bear their own costs.

Respectfully Submitted,

/s/ Derrek W. Cummings
Derrek W. Cummings
dcummings@mwcfirm.com
McCarthy Weisberg Cummings, P.C.
2041 Herr Street
Harrisburg, PA  17103-1624
Tel: (717) 260-3646
Fax: (717) 233-8133

*Counsel for Plaintiffs*

/s/ Anna M. Darpino
Anna M. Darpino
adarpino@mcda-law.com
McDONNELL & ASSOCIATES, P.C.
Metropolitan Business Center
860 1st Avenue, Suite 5B
King of Prussia, PA 19406
Tel: (610) 337-2087
Fax: (610) 337-2575

*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the date applied by the Court's ECF filing system, I electronically filed the foregoing with the Clerk of Court using CM/ECF.

By: /s/ Derrek W. Cummings
Derrek W. Cummings
